IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| **BRUCE LEE, an individual,** | ) | **CASE NO. 8:04CV101** |
| | ) | |
| **Plaintiff,** | ) | |
| **v.** | ) | |
| | ) | |
| | ) | **ORDER** |
| **SAMIT BHATTACHARYA and** | ) | |
| **KUMAR BARNWAL-ASHISH,** | ) | |
| | ) | |
| **Defendants.** | ) | |

This matter is before the Court on the Defendant Kumar Barnwal-Ashish's Motion to allow filing of reply brief in accordance with NELR 7.1(a) and (c) (Filing No. 45). The filing of a motion for leave to file a reply brief is not required under the Court's local rules as of August 6, 2004, provided the reply brief is filed within five days after service of the brief in opposition to the motion. NECiv.R 7.1(c). In computing the five days, intervening Saturdays and Sundays are not counted. Fed. R. Civ. P. 6(a). Defendant Kumar Barnwal-Ashish's reply brief, as an attachment to the motion, was filed in a timely manner. Accordingly,

IT IS ORDERED:

1. Defendant Kumar Barnwal-Ashish's Motion to allow filing of reply brief is unnecessary and is denied as moot (Filing No. 45); and

2. Defendant Kumar Barnwal-Ashish is directed to re-file the Reply Brief as a separate docket entry for the Court's and the parties' ease of reference.

DATED this 30th day of August, 2005.

BY THE COURT:

s/ Laurie Smith Camp
United States District Judge