IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| BRUCE LEE, | ) | |
| | ) | Case No. 8:04cv101 |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | |
| | ) | **ORDER** |
| SAMIT BHATTCHARYA and | ) | |
| KUMAR BARNWAL-ASHISH, | ) | |
| | ) | |
| Defendants. | ) | |

On the Court's own motion, the Rule 16 Planning Conference in this case will be rescheduled.

**IT IS ORDERED** that the planning conference now scheduled for September 22, 2005 at 2:30 P.M., is continued to **September 23, 2005 at 1:30 P.M.**  The planning conference will be held in the chambers of the undersigned magistrate judge, Room 2210, Roman L. Hruska U. S. Courthouse, 111 South 18th Plaza, Omaha, Nebraska.  At least one day in advance, counsel who wish to participate by telephone should so notify opposing counsel, and the court at (402) 661-7340.

Dated this 12th day of September 2005.

BY THE COURT:

s/ F. A. Gossett
United States Magistrate Judge