IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| BRUCE LEE,  )<br> ) <br>Plaintiff, )<br> )<br>vs. )<br> )<br>SAMIT BHATTACHARYA and )<br>KUMAR BARNWAL-ASHISH, )<br> )<br>Defendant. ) | Case No. 8:04cv101<br><br>**ORDER** |

THIS MATTER came before the court for a Rule 16 planning conference. By error, the hearing was not on the court's calendar. Therefore,

**IT IS ORDERED:**

1. The Rule 16 planning conference is continued to **Friday, October 14, 2005 at 10:30 A.M.,** before the undersigned magistrate judge in his chambers, Suite 2210, Roman L. Hruska United States Courthouse, 111 South 18th Plaza, Omaha, Nebraska. At least one day in advance, counsel who wish to participate by telephone should notify the court at (402) 661-7340. The court will initiate the call for the conference.

Dated this 26th day of September 2005.

BY THE COURT:

s/ F. A. Gossett
United States Magistrate Judge