IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| BRUCE LEE, ) | |
| ) | Case No. 8:04cv101 |
| Plaintiff, ) | |
| ) | |
| vs. ) | |
| ) | **ORDER** |
| SAMIT BHATTCHARYA and ) | |
| KUMAR BARNWAL-ASHISH, ) | |
| ) | |
| Defendants. ) | |

THIS MATTER came before the court for a Rule 16 planning conference. Steve Watson represented the plaintiff, Jason Yungtum represented defendant Bhattcharya, and Mike Kinney represented defendant Barnwal-Ashish. After reviewing the status of the case and by the agreement of counsel for the parties,

**IT IS ORDERED:**

1. The Rule 16 planning conference is continued to **January 19, 2006 at 1:30 p.m.,** before the undersigned magistrate judge in his chambers, Suite 2210, Roman L. Hruska United States Courthouse, 111 South 18th Plaza, Omaha, Nebraska. At least one day in advance, counsel who wish to participate by telephone should so notify opposing counsel, and then chambers, at (402) 661-7340.

Dated this 14th day of October 2005.

BY THE COURT:

s/ F. A. Gossett
United States Magistrate Judge