





IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| BRUCE LEE, an individual, | Case Number: 8:04 CV 101 |
| Plaintiff, | |
| v. | CONSENT TO EXERCISE OF JURISDICTION BY A UNITED STATES MAGISTRATE JUDGE AND ORDER OF REFERENCE |
| SAMIT BHATTCHARYA, and KUMAR BARNWAL-ASHISH, | |
| Defendant | |

**CONSENT TO EXERCISE OF JURISDICTION
BY A UNITED STATES MAGISTRATE JUDGE**

In accordance with the provisions of 28 U.S.C. § 636(c) and Fed. R. Civ. P. 73, the parties in this case hereby voluntarily consent to have United States Magistrate Judge F. A. Gossett conduct any and all further proceedings in the case, including the trial, and order the entry of a final judgment. Any appeal shall be taken to the United States court of appeals for this circuit.

| Signature of Attorney or Party | Name of Party | Date |
|---|---|---|
| [signature] | For Plaintiff, Bruce Lee | 10-18-05 |
| [signature] | For Defendant, Samit Bhattcharya | 10/18/05 |
| [signature] | For Defendant, Kumar Barnwal-Ashish | 10/18/05 |

**ORDER OF REFERENCE**

IT IS HEREBY ORDERED that this case be referred to the Honorable F. A. Gossett, United States Magistrate Judge, for all further proceedings and the entry of judgment in accordance with 28 U.S.C. § 636(c), Fed. R. Civ. P. 73 and the foregoing consent of the parties.

10/24/05
Date

[signature]
United States District Judge

197492

PDF created with FinePrint pdfFactory trial version http://www.fineprint.com