IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| BRUCE LEE, ) | |
| ) | Case No. 8:04cv101 |
| Plaintiff, ) | |
| ) | |
| vs. ) | |
| ) | **ORDER** |
| SAMIT BHATTCHARYA and ) | |
| KUMAR BARNWAL-ASHISH, ) | |
| ) | |
| Defendant. ) | |

THIS MATTER came before the court for a Rule 16 planning conference. Appearing telephonically were counsel for the parties, Steven Watson, Jason Yungtum, and David Wear. After reviewing the status of the case and by agreement,

**IT IS ORDERED:**

1. The Rule 16 planning conference is continued to **February 13, 2006 at 10:00 a.m.,** before the undersigned magistrate judge in his chambers, Suite 2210, Roman L. Hruska United States Courthouse, 111 South 18th Plaza, Omaha, Nebraska. At least one day in advance, counsel who wish to participate by telephone should so notify opposing counsel, and then chambers, at (402) 661-7340.

Dated this 19th day of January 2006.

BY THE COURT:

s/ F. A. Gossett
United States Magistrate Judge