IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| BRUCE LEE,            )<br>                       )<br>     Plaintiff,    )<br>                       )<br>     v.                )     8:04CV101<br>                       )<br>SAMIT BHATTCHARYA, and )     ORDER<br>KUMAR BARNWAL-ASHISH,  )<br>                       )<br>     Defendants.       )<br>                       ) | |

For good cause shown, and based upon counsel's representations,

**IT IS ORDERED** that the Joint Motion to Extend Final Progression Order (Filing #65) is granted as follows:

1. The deadline for Defendants to disclose expert witnesses is extended to February 12, 2007;

2. The deadline to disclose rebuttal experts is extended to March 19, 2007; and

3. The deadlines to conduct depositions of medical experts and rebuttal experts and to file motions for summary judgment are extended to **April 2, 2007**. Due to the June 19, 2007 trial date, *all briefing on motions for summary judgment, including reply briefs, must be completed by April 30, 2007.* This deadline will not be extended.

4. All other deadlines set in the Final Progression Order (Filing #63) remain in effect.

**DATED December 20, 2006.**

                              **BY THE COURT:**

                              **s/ F.A. Gossett**
                              **United States Magistrate Judge**