IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| BRUCE LEE, | ) | Case No. 8:04CV101 |
|        Plaintiff, | ) ) ) | |
| vs. | ) ) | **ORDER** |
| SAMIT BHATTACHARYA and KUMAR BARNWAL-ASHISH, | ) ) ) | |
|        Defendants. | ) | |

Upon notice of settlement given to the magistrate judge by Steven M. Watson, counsel for Plaintiff,

**IT IS ORDERED:**

1. On or before **July 16, 2007,** the parties shall electronically file a joint stipulation for dismissal (or other dispositive stipulation) and shall submit to Magistrate Judge F. A. Gossett, at gossett@ned.uscourts.gov, a draft order which will fully dispose of the case;

2. Absent compliance with this order, this case (including all counterclaims and the like) may be dismissed without further notice; and

3. The jury trial set to begin June 19, 2007, is cancelled upon the representation that this case is settled.

Dated this 15th day of June 2007.

                                                BY THE COURT:

                                                s/ F.A. Gossett
                                                United States Magistrate Judge