# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEBRASKA

**BRUCE LEE, an individual,**

      **Plaintiff,**                                      **CASE NO: 8:04-CV-101**

      v.

**SAMIT BHATTACHARYA and**                   **ORDER OF DISMISSAL**
**KUMAR BARNWAL-ASHISH,**

      **Defendants.**

Pursuant to the parties' joint stipulation and motion for dismissal [119] and Fed. R. Civ. P. 41,

**IT IS ORDERED** that the motion [119] is granted, and this matter is dismissed with prejudice, each party to bear his own costs, expenses and attorneys' fees, complete record waived.

**DATED July 11, 2007.**

                                        **BY THE COURT:**

                                        s/ F.A. Gossett
                                        **United States Magistrate Judge**